ORDER
Appellants filed a petition for rehearing and rehearing en banc.
Judges Spencer and Davis voted to deny the petition for rehearing, and Judge Niemeyer voted to grant it.
On the poll requested by a member of the court on the petition for rehearing en banc, Judges Widener, Niemeyer, Luttig, and Duncan voted to grant rehearing en banc, and Judge Michael voted to deny rehearing en banc. Chief Judge Wilkins, and Judges Wilkinson, Williams, Motz, Trader, King, Gregory, and Shedd disqualified themselves from participating in this case.
The petition for rehearing is denied, and, because the poll on rehearing en banc failed to produce a majority of judges in active service in favor of rehearing en banc, the petition for rehearing en banc is also denied. Judge Niemeyer wrote an opinion dissenting from the denial of rehearing en banc.